# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALBERTO HERNANDEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**OCEAN CLUB HOTEL, entity d/b/a, OCEAN CLUB HOTEL,**<br><br>Defendant. | Case No. 1:19-cv-6092-NLH-AMD |

## NOTICE SETTLEMENT AND VOLUNTARY DISMISSAL

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Plaintiff ALBERTO HERNANDEZ hereby gives notice of dismissal of this action WITH PREJUDICE. The parties entered into a confidential settlement agreement resolving all of their disputes that are the subject of the above-styled case. The Defendant has not yet filed an answer or a motion for summary judgment.

Date: March 22, 2019                     Respectfully submitted,

/s/ Stamatios Stamoulis
Counsel for Plaintiff

Stamatios Stamoulis #01790-1999
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

Avery S. Fenton (*pro hac* anticipated)
Florida Bar No. 118186
Legal Justice Advocates, LLP
6460 NW 5th Way
Fort Lauderdale, FL
Tel: (202) 803-4708

Email: af@legaljusticeadvocates.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    Please take notice that on March 22, 2019, we electronically filed with the United States District Court for the District of New Jersey, the above Notice. A copy of this document will be electronically served upon all parties having filed an appearance in this matter.

                                        /s/ Stamatios Stamoulis
                                        Counsel for Plaintiff